# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM WALLACE

NO. 2022 KW 0761

**SEPTEMBER 12, 2022**

---

In Re:   William Wallace, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-11-0577.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court is ordered to proceed toward disposition of relator's "motion for production of trial court transcript proceedings," filed May 13, 2022, on or before October 12, 2022, if it has not already done so.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT